1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GREGORY C. KRUG, | ) | No. CV 12-10696-PA(CW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | AND RECOMMENDATION OF |
| v. | ) | UNITED STATES |
| | ) | MAGISTRATE JUDGE |
| THOMAS PELLICANE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//

1     **IT IS THEREFORE ORDERED** that judgment be entered (1) granting
2 Defendant's motion to dismiss (docket no. 31, filed May 15, 2014); and
3 (2) dismissing the action, with prejudice, for failure to date a
4 claim.

6 DATED: January 8, 2015

                                          PERCY ANDERSON
                              United States District Judge