**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GREGORY C. KRUG, | ) | No. CV 12-10696-PA(CW) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS PELLICANE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: <u>January 8, 2015</u>

_____
PERCY ANDERSON
United States District Judge

1